UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN WELLS, | CASE NO. C23-0239JLR |
| Petitioner, | MINUTE ORDER |
| v. | |
| TULALIP TRIBAL COURT, et al., | |
| Respondents. | |

The following minute order is made by the direction of the court, the Honorable

James L. Robart:

Before the court is Petitioner Ryan Wells's motion for a temporary restraining

order ("TRO"). (TRO Mot. (Dkt. # 10).) Mr. Wells certifies that he gave Respondents

Tulalip Tribal Court and the Honorable Mark Pouley notice of his TRO motion. (Cert.

(Dkt. # 12).) He further certifies that he gave Angel Wells, the mother of his children,

notice of the motion as a courtesy. (*Id*.) Ms. Wells is not currently before the court. (*See*

Dkt.)

MINUTE ORDER - 1

In light of the jurisdictional complexities at issue in this case, the court ORDERS as follows:

1. The court will hold a teleconference with the parties on **Monday, February 27, 2023, at 11:00 a.m. via Zoom.gov** to discuss a briefing schedule for Mr. Wells's TRO motion, including the deadline for Respondents to file their response to Mr. Wells's motion. *See* Local Rules W.D. Wash. LCR 65(b)(5) (providing that the court may set the deadline for the adverse party to respond to a motion for a TRO). The courtroom deputy will provide the call-in information to the parties.

2. Mr. Wells is ORDERED to serve a copy of this order on the Respondents and to provide a courtesy copy to Ms. Wells.

Filed and entered this 24th day of February, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2