UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN WELLS,

                Petitioner,

     v.

TULALIP TRIBAL COURT, et al.,

                Respondents.

CASE NO. C23-0239JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On Monday, February 27, 2023, the court heard from counsel regarding a briefing schedule for Petitioner Ryan Wells's motion for a temporary restraining order ("TRO"). (TRO Mot. (Dkt. # 10); 2/27/23 Min. Entry (Dkt. # 21).)  To accommodate proceedings in the Tulalip Tribal Court, the court ORDERS as follows:

    1.  Respondents the Tulalip Tribal Court and the Honorable Mark Pauley shall file a response to Mr. Wells's TRO motion no later than Monday, March 6, 2023.

2.  Mr. Wells may file a reply in support of his motion no later than Wednesday, March 8, 2023.

3.  Both parties' briefs shall address the following topics:  (1) the outcome of the March 1, 2023 hearing in the Tulalip Tribal Court; (2) whether the state of Florida has exclusive jurisdiction over issues regarding the custody of Mr. Wells's children under the UCCJEA or whether the Tulalip Tribal Court has concurrent jurisdiction over those issues; (3) whether Mr. Wells is required to exhaust tribal court remedies and if so, what steps he must take to exhaust; and (4) what remedies are available to Mr. Wells in this action.

4.  The parties' briefs must conform with this District's local rules.  *See* Local Rules W.D. Wash. LCR 7(e)(3), 7(e)(6).

5.  The Clerk is DIRECTED to renote Mr. Wells's TRO Motion (Dkt. # 10) for Wednesday, March 8, 2023.

Filed and entered this 27th day of February, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2