UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN WELLS, | CASE NO. C23-0239JLR |
| Petitioner, | ORDER |
| v. | |
| TULALIP TRIBAL COURT, et al., | |
| Respondents. | |

On March 8, 2023, Petitioner Ryan Wells withdrew his petition for habeas corpus (Pet. (Dkt. # 1)) and his motion for a temporary restraining order (TRO Mot. (Dkt. # 10)). (*See* Notice (Dkt. # 30).)  Accordingly, the court DISMISSES Mr. Wells's case without prejudice and DIRECTS the Clerk to close this matter.

Dated this 9th day of March, 2023.

ORDER - 1

JAMES L. ROBART
United States District Judge

ORDER - 2